IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AMERICAN FAMILY INSURANCE COMPANY,

     Plaintiff,

                                   Case No. 2:26-cv-1187

v.

AMAZON.COM, INC.,

     Defendant.

---

## COMPLAINT

---

Plaintiff American Family Insurance Company, for its complaint against the above-named defendant, states:

## PARTIES

1. Plaintiff American Family Insurance Company ("American Family") is a domestic corporation with its principal place of business located at 6000 American Parkway, Madison, Wisconsin.

2. Defendant Amazon.com, Inc., (Amazon") is a foreign corporation with its principal place of business located at 410 Terry Avenue North, Seattle, Washington. Its registered agent for purposes of service of process is Corporation Service Company, 300 Deschutes Way SW, Suite 208 MC-CSC1, Tumwater, Washington.

## JURISDICTION AND VENUE

3. The amount in controversy is over $75,000.00

4. American Family is incorporated under the laws of the State of Wisconsin.

5. The officers and directors of American Family direct, control, and coordinate the company's activities from the company's corporate headquarters in Madison, Wisconsin.

6. American Family is domiciled in the State of Wisconsin.

7. Amazon is incorporated under the laws of the State of Delaware.

8. The officers and directors of Amazon direct, control, and coordinate the company's activities from the company's corporate headquarters in Seattle, Washington.

9. Amazon is domiciled in the State of Washington.

10. This court has subject matter jurisdiction over this matter under 28 U.S.C. §1332 because the plaintiff is a citizen of a state (Wisconsin) diverse from the state in which the defendant is a citizen (Delaware and Washington).

11. This court has personal jurisdiction over the defendant because it has purposefully availed itself to the benefit of the laws of this judicial district by regularly transacting and/or conducting business in the State of Wisconsin.

12. Venue is proper pursuant to 28 U.S.C. §1391(b)(2) because the events giving rise to this claim, and the property involved, were located in Washington County, Wisconsin.

## **FACTS**

13. Gordon Totten (not a party to this lawsuit) purchased a HokyoGin brand electric heated socks and electric heated gloves on October 24, 2021, from Amazon (order no.114-6292653-7820234).

14. On June 25, 2023, a battery pouch included with the Amazon purchase spontaneously combusted and caused a fire in Totten's house located at 3617 Jansen Dr. N, West Bend, Wisconsin.

2

15. The fire caused damages to Totten's house and personal property with a value in excess of $75,000.

16. At the time of the fire, American Family had issued, and there was in full force and effect, a policy of insurance which insured Totten against the damages caused by the fire. As required by, and pursuant to, that policy, American Family paid to or on behalf of Totten for the damages caused by the fire, less any applicable deductible, and is subrogated to the rights of Totten to the extent of its payments.

**<u>FIRST CAUSE OF ACTION:</u>**
**<u>PRODUCT LIABILITY CLAIM</u>**

17. The foregoing paragraphs are incorporated herein by reference.

18. Amazon was in the chain of commerce of the battery pouch. It sold and transferred the battery pouch to Totten in the course of its business.

19. Totten used the battery pouch in a manner reasonably anticipated.

20. The battery pouch was, at the time Amazon sold it to Totten, in a defective condition unreasonably dangerous when put to a reasonably anticipated use. Specifically, it contained a manufacturing defect. It departed from its intended design even though all possible care was exercised in the manufacture of the product.

21. The defective condition of the battery pouch rendered the product unreasonably dangerous to Totten's property.

22. The defective condition of the battery pouch existed at the time the it left the control of the manufacturer.

3

23. The battery pouch reached Totten without substantial change in the condition in which it was sold.

24. The defective condition of the battery pouch was the cause of the fire and resulting damages.

25. Upon information and belief, the manufacturer is foreign to the United States with no presence in the United States.

26. Upon information and belief, neither the manufacturer nor its insurer are subject to service of process within this state.

27. Upon information and belief, American Family would be unable to enforce a judgment against the manufacturer or its insurer.

WHEREFORE, American Family demands judgment against Amazon, in an amount to be determined, plus prejudgment interest, all taxable costs and fees, and all other just and equitable relief.

Dated: July 7, 2026.

RON HARMEYER LAW OFFICE LLC
Attorneys for American Family Insurance Company


*s/ Ronald W. Harmeyer*
Ronald W. Harmeyer
State Bar No. 1026579

330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
rharmeyer@ronharmeyerlaw.com